UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| ALBERT McCAFFREY, | Case No.: |
| Plaintiff, | **F.R.C.P. No. 7.1 DISCLOSURE STATEMENT** |
| v. | |
| AKERNA CORP., JESSICA BILLINGSLEY, BARRY FISHMAN, MATT KANE, TAHIRA REHMATULLAH, SCOTT SOZIO, | |
| Defendants. | |

Pursuant to F.R.C.P. No. 7.1 plaintiff Albert McCaffrey ("Plaintiff") hereby states that there are no such parent corporations or other publicly held corporations that own 10% or more of its stock as the Plaintiff is an individual and not a corporation.

Dated: May 15, 2023

BRODSKY & SMITH, LLC

By:  */s/ Marc L. Ackerman*
      Marc L. Ackerman
      Two Bala Plaza, Suite 805
      Bala Cynwyd, PA 19004
      Phone: (610) 667-6200
      Fax:    (610) 667-9029
      Email: mackerman@brodskysmith.com

      *Counsel for Plaintiff*